UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
   UNITED STATES OF AMERICA,

                              Plaintiff,              20 Cr. 32 (LGS)

               -against-                  ORDER

   JUAN PABLO DUARTE,

                            Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that status conference previously scheduled for April 23, 2020 is adjourned to **June 25, 2020 at 11:00 a.m.**

      The parties may submit an application to exclude time until the next status conference.

Dated: April 22, 2020
       New York, New York

                                                LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE