

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2020

**BY ECF**

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

     Re:   *United States v. Juan Pablo Duarte*, 20 Cr. 32 (LGS)

Dear Judge Schofield:

     The Government writes with the consent of defense counsel to request to exclude time under the Speedy Trial Act to the next conference date of June 25, 2020 at 11:00 a.m. The Government and the defendant are in negotiations about a possible disposition of the case. Separately, the Government has made discovery available to defense counsel. In light of these updates, the Government and defense counsel respectfully jointly request that time be excluded under the Speedy Trial Act until the next conference date so that the discussions can continue. The parties jointly submit that the interests in justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial.

Application Granted. For the reasons stated above, the Court finds that the ends of justice served by excluding the time between today and June 25, 2020 outweigh the best interests of the public and the Defendant in a speedy trial as provided in 18 U.S.C. 3161(h)(7)(A). It is hereby ORDERED that the time between today and June 25, 2020 is excluded. The Clerk of the Court is directed to terminate the letter motion at docket number 17.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: _____
     Peter J. Davis
     Assistant United States Attorney
     Southern District of New York
     (212) 637-2468
     cc: defense counsel (by email)

Dated: April 29, 2020
New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**