```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   UNITED STATES OF AMERICA,                                :
                              Plaintiff,                    :      20 Cr. 32 (LGS)
                                                            :
                  -against-                                 :          ORDER
                                                            :
   JUAN PABLO DUARTE,                                       :
                              Defendant,                    :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that status conference previously scheduled for June 23, 2020 is adjourned to **August 27, 2020 at 11:30 a.m.**

Dated:  June 23, 2020
        New York, New York

                                                                          **LORNA G. SCHOFIELD**
                                                       **UNITED STATES DISTRICT JUDGE**