UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                   Plaintiff,               :        20 Cr. 32 (LGS)
                                                            :
            -against-                                       :        <u>ORDER</u>
                                                            :
JUAN PABLO DUARTE,                                          :
                                   Defendant,               :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that status conference previously scheduled for August 27, 2020 is adjourned to **October 1, 2020 at 11:45a.m.**

Dated: August 26, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**