UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                                       :

UNITED STATES OF AMERICA,        :
                               Plaintiff,  :
                                                 :          20 Cr. 32 (LGS)
            -against-                            :
                                               :          <u>SCHEDULING ORDER</u>
JUAN PABLO DUARTE,               :
                               Defendant, :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Juan Pablo Duarte's sentencing hearing shall be held on **February 18, 2021** at **11:15 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.   Defendant's pre-sentencing submission, if any, shall be filed on or before **January 25, 2021**.   The Government's pre-sentencing submission, if any, shall be filed by **January 28, 2021.**

Dated: November 6, 2020
          New York, New York

                                                            LORNA G. SCHOFIELD
                                                            **UNITED STATES DISTRICT JUDGE**