UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                         :
UNITED STATES OF AMERICA,             :
                            Plaintiff,     :
                                             :           20 Cr. 32 (LGS)
             -against-                      :
                                             :           <u>ORDER</u>
JUAN PABLO DUARTE,                  :
                            Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Court has been informed of the passing of Mr. Jack Goldberg, counsel for the defendant.

WHEREAS the defendant is actively working to retain new counsel and

WHEREAS a sentencing hearing is currently scheduled for July 15, 2021. It is hereby,

**ORDERED** that the Government shall file a status letter on **July 9, 2021**.

**ORDERED** that the sentencing hearing is adjourned to **October 12, 2021, at 12:00 p.m.** Defendant's sentencing submission shall be filed by **September 20, 2021**. The Government's submission shall be filed by **September 23, 2021**.

Dated: June 24, 2021
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE