THE LAW OFFICE OF

# JAMES A. SCHIFF, ESQ.

521 FIFTH AVENUE
17TH FL.
NEW YORK, NY 10175

JAMES A. SCHIFF

MEMBER OF THE NEW YORK
FEDERAL AND STATE BARS

P (212) 362-5600
F (212) 260-6918
jschiff@schiffesq.com

April 20, 2022

**RETURN OF PASSPORT REQUEST**
**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

*Application Granted. The Clerk of the Court is directed to terminate the letter motion at docket number 50.*

*Dated: April 22, 2022*
*New York, New York*

/s/ Lorna G. Schofield
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: *United States v. Juan Pablo Duarte,* 20 Cr. 32 (LGS), Request to Return Defendant's Passport

Dear Judge Schofield:

I write to address the return of Mr. Duarte's passport, currently held by Pretrial Services and scheduled to be returned to the State Department unless the Court issues an order directing Pretrial Services to return the passport to the defendant or another responsible party.

Therefore, I respectfully request that the Court issue an order <u>directing Pretrial Services to transfer the passport to Mr. Duarte's wife, Mairuby Linares</u>, to prevent its return to the State Department. The Government does not object to this course of action.

We thank the Court for entertaining our request.

Respectfully,

/s/ James Schiff
*Attorney for Defendant*
(212) 362-5600

cc: Peter Davis, AUSA